1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   BRIAN MEIER,                              No. CIV S-11-0673-CMK-P

12              Plaintiff,

13        vs.                                  ORDER

14   JOHN ZUFALL,

15              Defendant.

16   _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  On April 18, 2011, the court determined that plaintiff's complaint was

19   appropriate for service and directed plaintiff to submit documents for service by the United

20   States Marshal within 30 days.  Plaintiff was warned that failure to submit the required

21   documents may result in dismissal of this action for lack of prosecution and failure to comply

22   with court rules and orders.  See Local Rule 110.  To date, plaintiff has not submitted the

23   required documents as directed.

24   / / /

25   / / /

26   / / /

                                             1

1    Plaintiff shall show cause in writing, within 30 days of the date of this order, why

2  this action should not be dismissed for failure to submit the required service documents.  Plaintiff

3  is again warned that failure to respond to this order may result in dismissal of the action for the

4  reasons outlined above, as well as for failure to prosecute and comply with court rules and orders.

5  See id.

6    IT IS SO ORDERED.

7

8   DATED:  June 6, 2011

9

10  _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2